Nov. Term, 1859.

Scott and Others *v.* Dibble and Others.

BOXLEY
v.
CARNEY.

APPEAL from the *Kosciusko* Court of Common Pleas.

*Per Curiam.*—Suit on a note. The parties appeared, but no answer was filed. A jury was waived, and the matters submitted to the Court. Judgment for the plaintiff.

*Saturday, January 14, 1860.*

It is insisted that there was a trial without an issue, and therefore an error.

The failure to answer was, for certain purposes, an acknowledgement or confession of the complaint, and if it was necessary to hear proof to enable the Court to render a judgment, this was not, strictly speaking, a trial without an issue, under our code of procedure.

The judgment is affirmed with 5 per cent. damages and costs.

*J. L. Ketcham, I. Coffin,* and *G. W. Frasier,* for the appellants.

---

Boxley and Others *v.* Carney and Others.

APPEAL from the *Hamilton* Circuit Court.

*Per Curiam.*—Complaint by the appellees against the appellants to foreclose a mortgage, and judgment by default.

*Saturday, January 14, 1860.*

Several errors are assigned, but as no steps were taken in the Court below to correct the supposed irregularities, according to repeated decisions at the present term, they cannot be noticed here.

The appeal is dismissed with costs.

*E. S. Stone* and *W. W. Conner,* for the appellants.